FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 03 2012

JAMES W. McCORMACK, CLERK
By: _____ Brown
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
Pine Bluff DIVISION

CASE NO. 5:12-CV-441 KGB/HDY

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

This case assigned to District Judge Baker
                                         Young

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

Name of plaintiff: Walter B. Farver, Sr
ADC # _____

Address: 300 East 2nd Pine Bluff, Ar 71601

Name of plaintiff: Mrs. Evelyn Farver
ADC # _____

Address: 1306 South Orange St Pine Bluff Ar 71603

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Chief Bolin

Position: Chief executive officer

Place of employment: Due Brassell Detention Center

Address: 300 East 2nd Pine Bluff, Ar 71601

Name of defendant: Major Tyler,

Position: Major,

Place of employment: Due Brassell Detention Center

Address: 300 East 2nd Pine Bluff AR. 71601

Name of defendant: Doctor Carrington Hunter M.D.

Position: Physiscian of C.M.S.

Place of employment: Dur Brassell Detention Center

Address: 300 East 2nd Pine Bluff AR 71601

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

- [x] official capacity only
- [ ] personal capacity only
- [ ] both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

- [ ] Parties to the previous lawsuit:

    Plaintiffs: _____

    Defendants: _____

- [ ] Court (if federal court, name the district; if state court, name the county):

☐ Docket Number: _____N/A_____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: _____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓   No ___

. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ___   No ✓

If not, why? defendants Refused To acknowledge Complaint, And or Retrune Grievance Froms,

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On, 11-31-12 I Walter Farver Sr. was escorted to medical Staff. I explained To Doctor Carrington Hunter M.D. About my many medical Problems Such as a pinch nerve in my Back, and Muscle Spasims, as stated by Doctor B. Ramondo, M.D. at the Pine Bluff, AR Comprehensive Care, also after seeing Doctor Moody at U.A.M.S. on October 26-12. DR. Moody stated I would need Surgeory for facial fracture, Such as upper Jaw + Cheek fracture, And would need immediate Surgeory, the Surgeory was schedule for November 2nd, 2012, and that he would make contact with Dr. Moody at U.A.M.S. about the Surgeory however I was never taken for the Surgeory. And no more was said about it, So I'm in "Great Pain every day, all day, A Serious violation is now taking place against me, Clearly Cruel and unusual Punishment, because I've Complained about Conditions of the institution, On 11-20-12 The breakfast meal I Recieved, was one slice of bread & 4 Tea spoons of oatmeal and for the last meal I was Served a 3oz. beef patty, A Roll, And 4 Tea spoons of Navy beans. I believe that Food, A basics necessity cannot and, should Not be used as a From of Punishment. against me.

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

To ensure that all the Rights of the Plaintiff are Protected, by this U.S. District Court, and Any monetary relief plaintiff may be entitel to,

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this  22  day of  November , 20 12 .

Walter B. Farver Sr.

Walter Farver Sr
Signature(s) of plaintiff(s)

800-4

STATE OF ARKANSAS     )
                      ) §
COUNTY OF Jefferson   )

## AFFIDAVIT

I, Walter Farver, after first being duly sworn, do hereby swear, depose and state that: I Walter Farver sr. affirm that the Statements Heretofore are true And offered in Good faith, he Pray this U.S. \_\_\_\_ well protect him from this civl form of abous, Now being Commented against his Civil and Constitutional Rights, as Cited therein the Liveing U.S. Constitution, and Stop the negligence And medical malpractice, with malice entent by Defendants. At the Due Brassell Detention Center.

_____

_____

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

Walter Farver Sr.
DATE                                    AFFIANT

                                        SOCIAL SECURITY #

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this \_\_\_\_ day of _____, 20\_\_\_\_.

                                        NOTARY PUBLIC

My Commission Expires: _____