**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**WALTER B. FARVER, SR.** *et al.*  **PLAINTIFFS**
**ADC #88281**

v.  No: 5:12-cv-00441 KGB/HDY

**BOLIN** *et al*.  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the claims of Evelyn Farver are DISMISSED WITHOUT PREJUDICE, and Evelyn Farver's name is removed as a party plaintiff.

SO ORDERED this 20th day of February, 2013.

Kristine G. Baker
United States District Judge