**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**WALTER B. FARVER, SR.** *et al.*  **PLAINTIFFS**
**ADC #88281**

v.   No: 5:12CV00441 KGB/HDY

**GREG BOLIN** *et al*.  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge H. David Young (Dkt. No. 30), and the objections filed by Walter Farver (Dkt. No. 31). After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's motion for injunctive relief is DENIED (Dkt. No. 23).

DATED this 30th day of May, 2013.

_____
Kristine G. Baker
United States District Judge