IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALTER B. FARVER, SR.
ADC #88281                                                                                                    PLAINTIFF

v.                        Case No. 5:12-cv-00441-KGB/HDY

GREG BOLIN, et al.                                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice with respect to plaintiff Walter Farver's state law negligence claims against defendant Hunter Carrington, without prejudice with respect to plaintiff Evelyn Farver's claims, and with prejudice in all other respects. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 24th day of March, 2014.

_____
Kristine G. Baker
United States District Judge